# Exhibit D

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

JEFFREY BUSBEE,

                    Plaintiff,               Cause No. 25SL-CC06253

    v.

WRIGHT MEDICAL TECHNOLOGY, INC.,     Division No. 14

                 Defendant.

**TO THE CLERK OF COURT**:

As provided under 28 U.S.C. § 1446(d), a provision of the United States Code, please file the attached endorsed copy of Notice of Removal of Defendant Wright Medical Technology, Inc., filed contemporaneously herewith on August 6, 2025 in the United States District Court for the Eastern District of Missouri.

Date:  August 6, 2025           Respectfully submitted,

                                 UB GREENSFELDER LLP

                                 /s/ *Kevin F. Hormuth*
                                 Kevin F. Hormuth, No. 48165 MO
                                 10 South Broadway, Suite 2000
                                 St. Louis, MO 63102
                                 Telephone: (314) 345-5400
                                 Facsimile: (314) 241-8624
                                 khormuth@ubglaw.com

                                 *Attorney for Defendant Wright Medical*
                                 *Technology, Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 6th day of August, 2025, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and by electronic mail to:

Mary Coffey
Genevieve Nichols
Callan Moench
COFFEY & NICHOLS
6200 Columbia Ave.
St. Louis, MO  63139
mc@coffeynichols.com
gn@coffeynichols.com
cm@coffeynichols.com

*Attorneys for Plaintiff*

/s/ Kevin F. Hormuth

2