**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY BUSBEE** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cause No.: 4:25-cv-01186** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **WRIGHT MEDICAL TECHNOLOGY, INC** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>Notice of Settlement</u>

Plaintiff hereby informs the Court that this case has been settled, and requests

until 9/20/26, to dismiss the case with prejudice or otherwise inform the Court that

payment was not received. Payment is due by 9/17/26 under the terms of the

settlement.

**COFFEY & NICHOLS
ATTORNEYS AT LAW**

/s/ Mary Coffey_____
MARY COFFEY, #30919 (Mo)
Attorney for Plaintiff
6200 Columbia Ave.
St. Louis, MO 63139
Phone:  314-647-0033
Fax:     314-647-8231
E mail:  mc@coffeynichols.com

I hereby certify that on this 30th day of July, 2026, the foregoing was electronically filed with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

Kevin F. Hormuth
David P. Niemeier
UB GREENSFELDER, LLP
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone:   314-345-5400
Fax:       314-241-8624
Email:    khormuth@ubglaw.com
             dniemeier@ubglaw.com


Dana J. Ash
Anne A. Gruner
DUANE MORRIS LLP
130 South 17th Street
Philadelphia, PA 19103
Phone:   215-979-1539
Fax:       215-501-5823
Email:    AAGruner@duanemorris.com
             djash@duanemorris.com


                                                    /s/ Mary Coffey