UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY BUSBEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-1186-ZMB |
| | ) | |
| WRIGHT MEDICAL TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In light of the parties' joint Stipulation of Dismissal with Prejudice, Doc. 36, the Court directs the Clerk of Court to close this case, *see* FED. R. CIV. P. 41(a)(1)(A)(ii).

So ordered this 23rd day of September 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE